NUMBER 13-06-619-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


ASSOCIATION OF PROFESSIONAL TRUCK DRIVERS OF 

AMERICA, INC., ET AL., Appellants,


v.



VERA WEBSTER AND CHARLES WEBSTER, Appellees.

__________________________________________________________________


On appeal from the 107th District Court


of Cameron County, Texas.


__________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellants, ASSOCIATION OF PROFESSIONAL TRUCK DRIVERS OF AMERICA,
INC., ET AL., perfected an appeal from a judgment entered by the 107th District Court of
Cameron County, Texas, in cause number 2001-10-4633-A. No clerk's record has been
filed due to appellants' failure to pay or make arrangements to pay the clerk's fee for
preparing the clerk's record. 

 If the trial court clerk fails to file the clerk's record because the appellant failed to
pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant was
entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

 On May 7, 2007, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b). Appellants were given ten days to explain
why the cause should not be dismissed. To date, no response has been received from
appellants. 

 The Court, having examined and fully considered the documents on file, appellants'
failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, 
this Court's notice, and appellants' failure to respond, is of the opinion that the appeal
should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR
WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 7th day of June, 2007.